# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL RAULS,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT W. FOX,<br><br>    Respondent. | Case No. CV 15-5990-SJO (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

1    IT IS THEREFORE ORDERED that (1) Petitioner's Motion for Expansion of
2 State Trial Court Record  Judgment is granted in part; (2) Petitioner's request for an
3 evidentiary hearing is denied; and (3) Judgment be entered denying the Petition for a
4 Writ of Habeas Corpus and dismissing this action with prejudice.

6 Dated: February 7, 2016.

*S. James Otero*

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2